# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2012

*The Court of Appeals hereby passes the following order:*

## A12I0191 GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY
## v. JIMMY WILLOUGHBY

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
08CV890



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, April 25, 2012*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*